UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE LOFTON,

       Plaintiff,                            Civil Action No. 12-cv-10327
                                            HON. BERNARD A. FRIEDMAN   vs.
                                            MAG. JUDGE R. STEVEN WHALEN

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation ("R&R") dated February 28, 2013 [docket entry 12]. Defendant has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the Magistrate Judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated February 28, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion to dismiss the complaint is denied.

Dated: March 21, 2013                  s/ Bernard A. Friedman_____
   Detroit, Michigan                    BERNARD A. FRIEDMAN
                                           SENIOR UNITED STATES DISTRICT JUDGE