UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE LOFTON,                  No. 12-10327

    Plaintiff,                 District Judge Bernard A. Friedman

v.                               Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER TO ANSWER

The Court having denied Defendant's Motion to Dismiss, Defendant Commissioner of Social Security is ordered to file an answer to Plaintiff's complaint, along with the administrative record, on or before SEPTEMBER 16, 2013.

IT IS SO ORDERED.

July 17, 2013                        s/ R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 17, 2013, electronically and/or by U.S. mail.

                                        s/Michael Williams
                                        Relief Case Manager for the
                                        Honorable R. Steven Whalen