UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE LOFTON,

        Plaintiff,                        Civil Action No. 12-cv-10327
                                                    HON. BERNARD A. FRIEDMAN
vs.                                          MAG. JUDGE R. STEVEN WHALEN

COMMISSIONER OF SOCIAL
SECURITY, et al.,

        Defendants.
_____/

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation ("R&R") dated October 27, 2013 [docket entry 21]. The R&R recommended granting the Commissioner's motion to dismiss the claims against defendants Barbara L. McQuade, Grace Kim and Russell J. Cohen [docket entry 18]. Neither plaintiff nor the Commissioner has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. The complaint fails to state any viable claims against defendants Barbara L. McQuade, Grace Kim or Russell J. Cohen. Accordingly,

IT IS ORDERED that Magistrate Judge R. Steven Whalen's R&R, dated October 27, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Commissioner's motion to dismiss the claims

against defendants Barbara L. McQuade, Grace Kim and Russell J. Cohen is granted.

Dated: November 20, 2013          _s/ Bernard A. Friedman_____
       Detroit, Michigan                      BERNARD A. FRIEDMAN
                                         SENIOR UNITED STATES DISTRICT JUDGE