UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE LOFTON,                                           No. 12-10327

       Plaintiff,                                           District Judge Bernard A. Friedman

v.                                                                      Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Plaintiff's Motion for Extension of Time to Submit Plaintiff's Motion for Summary Judgment [Doc. #23] is hereby GRANTED. The parties shall comply with the following briefing schedule:

    Plaintiff's Motion:                          JANUARY 30, 2014

    Defendant's Response and Motion:   MARCH 3, 2014

    Plaintiff's Reply:                              MARCH 10, 2014

Because Plaintiff Jeanette Lofton is not represented by an attorney, her Summary Judgment Motion does not have to be in "proper" legal form. She may, if she chooses, simply file a written statement explaining why she thinks the decision to deny benefits was wrong, and why she believes she is entitled to benefits. The statement should include, of course, the case caption with the Court's docket number.

    IT IS SO ORDERED.

Dated: December 18. 2013          S/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 18, 2013, electronically and/or by U.S. Mail.

                                                                s/Michael Williams
                                                                Case Manager to the
                                                                Honorable R. Steven Whalen